IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN L. HAMILTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-3769 |
| | § | |
| HOUSTON POLICE DEPARTMENT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In light of the plaintiff's recent amended complaint, the docket call set for August 26, 2011 is canceled. The parties must submit a joint proposed schedule no later than August 15, 2011.

SIGNED on August 2, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge