IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN LEONARD HAMILTON, (SPN #02067308) | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION H-06-3769 |
| HOUSTON POLICE DEPARTMENT, *et al.,* | § § § | |
| Defendants. | § § | |

## ORDER

The defendants filed an unopposed motion to continue. (Docket Entry No. 128). The motion is granted. The trial date is reset to the two week term beginning May 14-May 25, 2012.

SIGNED on January 20, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge