IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN LEONARD HAMILTON, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-06-3769 |
| GARY YOUNG and LARRY TIDWELL, | § § § | |
| Defendants. | § | |

# ORDER

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to the jury on even date and is to be entered in the record.

SIGNED on October 3, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge